

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CSK
F. #2008R01875

*Mailing Address:*  271 *Cadman* Plaza East
Brooklyn, New York  11201

February 9, 2011

BY ECF

Honorable Sterling Johnson
United States District Judge
225 Cadman Plaza East
Brooklyn, N.Y. 11201

    Re:    United States v. Cecilia Chang
           Criminal Docket No. 11-67 (SJ)

Dear Judge Johnson:

      As per my telephone conversation with your chambers, I write to request a five day adjournment of the initial conference scheduled in the above case from February 23, 2011 at 9:30 A.M. to February 28, 2011 at 9:30 A.M.  The defendant was arraigned on the indictment before Magistrate Judge Roanne L. Mann on February 7, 2011.  The defendant's counsel stated that he will be on vacation on the date for which the initial conference is presently scheduled, February 23, 2011, and he has requested, and I consent, to an adjournment of the conference until February 28, 2011 at 9:30 A.M.  I have been advised by chambers that the Court is available on that date.  Magistrate Judge Mann has entered an order of excludable delay for plea negotiations through March 7, 2011.  Accordingly, on behalf of both parties, I request that the Court adjourn the conference from February 23, 2011 to February 28, 2011 at 9:30 A.M.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            United States Attorney

                By: _____
                            Charles S. Kleinberg
                            Assistant U.S. Attorney
                            (718) 254-6012