

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

CSK
F. #2008R01875

*Mailing Address:* *271 Cadman Plaza East*
*Brooklyn, New York 11201*
May 18, 2011

BY ECF

Honorable Sterling Johnson
United States District Judge
225 Cadman Plaza East
Brooklyn, N.Y. 11201

    Re:    United States v. Cecilia Chang
             Criminal Docket No. 11-67 (SJ)

Dear Judge Johnson:

      The government writes to request, on consent, that the due date for the government's papers in opposition to the defendant's motion to dismiss in the above case be adjourned eight business days, from May 20, 2011 to May 31, 2011.

      Under the present briefing schedule ordered by the Court, the government's papers in opposition to the motion are due on May 20, 2011, the defendant's reply papers are due on May 27, 2011 and the next scheduled court appearance is scheduled for June 30, 2011, with speedy trial time excluded until then. Due to work responsibilities of the undersigned in other cases, the government requests an adjournment of that schedule as follows: (1) the government's opposing papers will be due on May 31, 2011; (2) the defendant's reply papers will be due on June 7, 2011; and (3) the next scheduled court appearance will be on June 30, 2011 or such later date as the Court deems appropriate in light of the requested adjournment, with speedy trial time excluded until then. The defendant's attorneys have kindly consented to this request.

2

Accordingly, the government requests that the Court grant the foregoing requested adjournment.

                    Respectfully submitted,

                    LORETTA E. LYNCH
                    United States Attorney

By:    ss/_____
        Charles S. Kleinberg
        Assistant U.S. Attorney
        (718) 254-6012