## MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
JUDITH L. MOGUL
CHRISTOPHER J. MORVILLO
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
LISA A. PRAGER***
ROBERT M. RADICK
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
BARBARA L. TRENCHER
RICHARD D. WEINBERG

*ALSO ADMITTED IN CALIFORNIA AND WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN WASHINGTON, D.C.

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL

(212) 880-9550

COUNSEL
E. SCOTT MORVILLO
GREGORY MORVILLO
ROBERT C. MORVILLO

SENIOR ATTORNEY
THOMAS M. KEANE

MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

June 30, 2011

**VIA FACSIMILE AND ECF**
The Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers 1217
Brooklyn, New York 11201

    RE: <u>United States v. Cecilia Chang, No. 11-CR-67 (SJ) (SMG)</u>

Dear Judge Gold:

    I write to request that oral argument in the above-referenced matter be adjourned until noon on July 20. It had previously been scheduled for July 15.

    This request is made with the knowledge and consent of the Assistant United States Attorney Charles Kleinberg.

    We appreciate the Court's courtesy in this regard.

                            Very truly yours,

                            Barry A. Bohrer

BAB/jl
cc: AUSA Charles Kleinberg