

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

CSK
F.#2005R00279

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* *147 Pierrepont Street*
*Brooklyn, New York 11201*

July 5, 2011

BY ECF

Honorable Steven M. Gold
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

    Re:    United States v. Cecilia Chang
            Criminal Docket No. 11-067 (SJ)(SMG)

Dear Chief Magistrate Judge Gold:

       The government writes to request a two day extension of the time within which to file the letter (the "Letter") which the Court, in its June 29, 2011 Order, directed the government to submit outlining, among other things, the discovery it has provided to the defendant. The Letter is presently scheduled to be filed on Wednesday, July 6, 2011 and the government requests, in light of other pending work responsibilities, that the date for filing the letter be extended until July 8, 2011. The defendant's attorney consents to this request. Thank you for consideration.

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                  United States Attorney

                       By: _____
                                  Charles S. Kleinberg
                                  Assistant U.S. Attorney
                                  (718) 254-6012

2