# CRIMINAL MINUTE CALENDAR
*PLEASE FLATTEN DOCUMENT BEFORE DOCKETING*

**BEFORE JUDGE**: GOLD, Steven M., Chief Magistrate Judge   **DATE:** 07/20/2011

**DOCKET NUMBER:** CR-11-67 (SJ)   **CASE TITLE:** USA v. CECILIA CHANGE

**TOTAL TIME IN COURT:** _____ Hours  35 Minutes

**DEFENDANTS NAME** CECILIA CHANGE    **DEFENDANT #** 1
Not Present                                                                 ON BAIL
**DEFENSE COUNSEL** Barry Bohrer                                RETAINED COUNSEL

**DEFENDANTS NAME** _____  **DEFENDANT #** ____
**DEFENSE COUNSEL** _____

**DEFENDANTS NAME** _____  **DEFENDANT #** ____
ON BAIL
**DEFENSE COUNSEL** _____

**DEFENDANTS NAME** _____  **DEFENDANT #** ____
**DEFENSE COUNSEL** _____

**DEFENDANTS NAME** _____  **DEFENDANT #** ____
**DEFENSE COUNSEL** _____

**DEFENDANTS NAME** _____  **DEFENDANT #** ____
**DEFENSE COUNSEL** _____

**A.U.S.A.** CHARLES KLEINBERG   **Pretrial/Probation Officer** _____

**Case Manager/Magistrate Clerical** WELIKSON

**Court Reporter/ESR Operator** _____   **Tape Log** 12:12 - 12:48

**Interpreter** _____   **Language** _____

**Type of Hearing**

Motion Hearing ☐ Contested ☐ Non Evidentiary

☐ Contested ☐ Non Evidentiary

☐ Contested ☐ Non Evidentiary

☐ Contested ☐ Non Evidentiary

Hearing  ☐ Began  ✔ Held

**SHOULD THIS CALENDAR BE SEALED?**  ☐ Yes  ✔ No

_____ (*Type of Hearing*) scheduled before Judge/Magistrate Judge _____

on _____ (*Date*) at _____ (*Time*) in Courtroom _____ .

**EXCLUDABLE DELAY CODE TYPE:**

**PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START:** _____

**PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:** _____

*Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

**Do these minutes contain ruling(s) on Motion(s)?**  ✔ Yes  ☐ No

**Motion(s) Type and Document # of Motion Ruled On:**

Motion to/for **Dismiss** _____ Document # **22 & 23** Decision **deferring ruling on** _____

Motion to/for _____ Document # _____ Decision _____

Motion to/for _____ Document # _____ Decision _____

Motion to/for _____ Document # _____ Decision _____

**TEXT**:

Kleinberg for US, Bohrer for defendant. Defendant's appearance waived on the record.

Argument on defendant's motion to dismiss the indictment held.  Decision reserved.

The United States shall submit a letter stating whether it intends to seek a superseding indictment by July 27.  Any post-hearing letter briefs either side chooses to submit shall be filed by July 27 as well.

**Appearance Continuation Sheet**

**DEFENDANTS NAME**_____**DEFENDANT #**_____
ON BAIL

**DEFENSE COUNSEL**_____


**DEFENDANTS NAME**_____**DEFENDANT #**_____


**DEFENSE COUNSEL**_____


**DEFENDANTS NAME**_____**DEFENDANT #**_____


**DEFENSE COUNSEL**_____


**DEFENDANTS NAME**_____**DEFENDANT #**_____


**DEFENSE COUNSEL**_____


**DEFENDANTS NAME**_____**DEFENDANT #**_____


**DEFENSE COUNSEL**_____


**DEFENDANTS NAME**_____**DEFENDANT #**_____


**DEFENSE COUNSEL**_____
ON BAIL

**DEFENDANTS NAME**_____**DEFENDANT #**_____


**DEFENSE COUNSEL**_____


**DEFENDANTS NAME**_____**DEFENDANT #**_____


**DEFENSE COUNSEL**_____