

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CSK
F.#2005R00279

*One Pierrepont Plaza*
*Brooklyn, New York  11201*

*Mailing Address:*  147 Pierrepont Street
                    *Brooklyn, New York  11201*

July 25, 2011

BY ECF

Honorable Steven M. Gold
Chief United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

    Re:    United States v. Cecilia Chang
           Criminal Docket No. 11-067 (SJ)(SMG)

Dear Chief Magistrate Judge Gold:

        The government writes to respond to the question that the Court asked the government at the July 20, 2011 hearing on the defendant's motion to dismiss Counts One and Two of the indictment in the above case, namely the question of whether the government intends to seek a superseding indictment that amends Count Two.  The government hereby advises the Court that it intends to seek a superseding indictment in the above case which adds specific additional language to Count Two which further identifies the particular Forced Labor crime in violation of 18 U.S.C. § 1589 with which the defendant is charged in that count.

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                    United States Attorney

                            By:     _____
                                    Charles S. Kleinberg
                                    Assistant U.S. Attorney
                                    (718) 254-6012