FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JAN 20 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

CECILIA CHANG,
          Defendant.
-----------------------------------------------------------x

No. 11-CR-67 (SJ)

Hon. Sterling Johnson, Jr.

## STIPULATION AND ORDER SUBSTITUTING COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and with the consent of defendant Cecilia Chang that, pursuant to Local Criminal Rule 44.1(a) and Local Civil Rule 1.4, John Nicholas Iannuzzi of Iannuzzi & Iannuzzi, 74 Trinity Place, New York, NY 10006, be substituted as counsel for Cecilia Chang in place of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., 565 Fifth Avenue, New York, NY 10017.

Dated: January 5, 2012

IANNUZZI & IANNUZZI

By: _____
John Nicholas Iannuzzi
74 Trinity Place
New York, New York 10006
(212) 227-9595
Substituting Attorneys for Defendant Cecilia Chang

Dated: January 6, 2012

MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.

By: _____
Barry Bohrer
565 Fifth Avenue
New York, New York 10017
(212) 856-9600
Outgoing Attorneys for Defendant Cecilia Chang

Dated: January _____, 2012

_____
CECILIA CHANG

Sworn to before me by CECILIA CHANG this
_4th_ day of January, 2012.

_Matthew P. Raso_
Notary Public

MATTHEW P. RASO
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RA6239980
Qualified in New York County
My Commission Expires April 25, 20_15_

SO ORDERED.

_/s/(SJ)_
The Honorable Sterling Johnson, U.S.D.J.