

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

CK/LXN
F.#2010R01079

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 27, 2012

By Hand & ECF

Joel S. Cohen, Esq.
128 Mott Street, Ste 706
New York, New York 10013

    Re:  United States v. Chang
        Criminal Docket No. 11-0067 (S-1) (SJ)

Dear Mr. Cohen:

    Enclosed please find one CD, bates numbered 125467, which contains emails associated with the defendant and administrative assistants working for the defendant at St. John's University.  The government hereby also requests reciprocal discovery.

    If you have any questions or further requests, please do not hesitate to contact us.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney
        Eastern District of New York

By:    /s/
        Charles Kleinberg
        Lan Nguyen
        Assistant U.S. Attorneys
        (718) 254-6012/6162

Enclosures

CC:  Clerk of Court (SJ)(w/o enclosures)