Joel S. Cohen, PC
128 Mott Street, Suite 706
New York, NY 10013
Tel:   212-571-8899
Fax: 212-571-9557
Email:jcesq99@gmail.com

February 22, 2012

Via ECF
The Honorable Sterling Johnson
Senior United States District Judge
United States District Court
225 Cadman Plaza
Brooklyn, NY 11201

Re: United States v. Cecilia Chang
    11 CR 0067 (S-2) (SJ)

Dear Judge Johnson:

    An arraignment on a Superseding Indictment in this matter has been scheduled for this Friday, February 24 at 9:30 AM. I am required to be in Court in White Plains at the same time. White Plains is only fifteen minutes from my home. I respectfully ask that the 9:30 arraignment be moved to any time in the afternoon that is convenient to the Court. I have discussed this request with AUSA Lan Nguyen; she advises that her only other commitment that day is a 10:30 sentence, and that she does not object to moving this matter. Thank you.

Very truly yours,

*[signature]*

Joel S. Cohen (JC6998)

cc: AUSA Charles Kleinberg
    AUSA Lan Nguyen