

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CK/LXN  *271 Cadman Plaza East*
F.#2008R01875  *Brooklyn, New York  11201*

July 31, 2012

<u>By Federal Express & ECF</u>

Joel S. Cohen, PC
225 Broadway, Suite 1203
New York, NY 10007

    Re:  United States v. Chang
         <u>Criminal Docket No. 11-0067 (S-2) (SJ)</u>

Dear Mr. Cohen:

    Enclosed please find one CD containing the government's continued discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  The government hereby also requests reciprocal discovery.

The materials include:

    (a)  Documents that appear to relate to lectures at St. Johns's University (129949-130206);

    (b)  Bank records from Hong Kong (130207-130358);

    (c)  Bank records from Turkey (130359-130382);

    (d)  Bank and credit card records from Taiwan (130383-130477; 130478-130595);

    (e)  Documents from a student who worked for the defendant (130596-130613); and

    (f)  Additional documents relating to GDIF (130614-130620).

2

If you have any questions or further requests, please do not hesitate to contact us.

                        Very truly yours,

                        LORETTA E. LYNCH
                        United States Attorney
                        Eastern District of New York

By:      /s/_____
                    Charles Kleinberg
                    Lan Nguyen
                    Assistant U.S. Attorneys
                    (718) 254-6012/6162

Enclosures

CC:   Clerk of Court (SJ)(w/o enclosures)