

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CK/LXN                                                 *271 Cadman Plaza East*
F.#2008R01875                               *Brooklyn, New York 11201*

August 3, 2012

By Federal Express & ECF

Joel S. Cohen, PC
225 Broadway, Suite 1203
New York, NY 10007

      Re:  United States v. Chang
            Criminal Docket No. 11-0067 (S-2) (SJ)

Dear Mr. Cohen:

     Enclosed please find one CD containing the government's continued discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government hereby also requests reciprocal discovery.

The materials include:

        (a)  Photograph of a "GDIF" seal (130621) found in the defendant's offices at St. John's University ("SJU");

        (b)  One notebook found in the defendant's offices at SJU (129097-129155); and

        (c)  A letter from Temple University stating that it has no records relating to the defendant (130622).

     The government reiterates that you may call us to arrange a mutually convenient time to inspect, copy, and/or photograph documents collected from the defendant's offices at St. John's University. Many of these documents have already been scanned and produced to you.

2

      If you have any questions or further requests, please do not hesitate to contact us.

                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York

By:     /s/
                    Charles Kleinberg
                    Lan Nguyen
                  Assistant U.S. Attorneys
                  (718) 254-6012/6162

Enclosures

CC:  Clerk of Court (SJ)(w/o enclosures)